# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

DARRYL PERNELL BUTLER,

    Plaintiff,

vs.

Sgt. SANDRA McDONALD; JAMES
E. DONALD, Commissioner, Georgia
Department of Corrections; Warden
JACKSON; CONNIE JOHNSON,
Guard, and JENNIFER DUKES, Guard,

    Defendants.

CIVIL ACTION NO.: CV508-037

## ORDER

After an independent and de novo review, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff contends his allegations of being in imminent danger should not have been discredited by the Magistrate Judge, given his assertions that a number of his constitutional rights were violated at the time he filed his Complaint.

Plaintiff's Objections are without merit. The allegations contained in Plaintiff's Complaint arguably set forth colorable claims for relief. However, his allegations do not rise to the level of showing that he was in imminent danger of serious physical injury at the time he filed his Complaint such that he should be allowed to proceed in this action without pre-paying his filing fee.

AO 72A
(Rev. 8/82)

The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED**, without prejudice. Should Plaintiff wish to pursue his claims, he may re-submit his Complaint along with the $350.00 filing fee. The Clerk of Court is authorized and directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 11 day of September, 2008.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE